OHIO & MISSISSIPPI RY. CO.
v.
JOHN J. O'DONNELL.

*Railroads—Damages for Killing Cow—Ordinance.*

In an action against a railroad company for killing a cow this court declines to interfere, the verdict for the plaintiff being sustained by the evidence.

[Opinion filed November 18, 1887.]

APPEAL from the Circuit Court of Sangamon County; the Hon. J. A. CREIGHTON, Judge, presiding.

Messrs. POLLARD & WERNER and MATHENY & MATHENY, for appellants.

Messrs. ORENDORFF & PATTON, for appellee.

*Per Curiam.* Action on the case against the railway company for negligence in running its train, whereby plaintiff's cow was killed; for which he recovered judgment below on a verdict for $55 damages.

There seems to be nothing here for our consideration but a

question of fact, whether the negligence charged was suffi-
ciently proved. Enough appeared to warrant a finding that
at the time of the accident the train was running backward,
on a considerable curve, in a city, and at a rate of speed for-
bidden by its ordinance. These facts would make a *prima
facie* case under the statute. The jury believed it was not
overcome. All the instructions asked on behalf of the defend-
ant were given, and we see no reason to expect a different
result from another trial.

*Judgment affirmed.*